Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Randy Lee Boag and Katherine Ann Boag, individuals and the marital community comprised there of,<br><br>Plaintiffs,<br><br>v.<br><br>Litton Loan Servicing; HSBC Bank USA, NA.; Northwest Trustee Services Inc.; Mortgage Electronic Registration System; & Does 1-10; Ownit Mortgage Solutions Inc.; Discovery Financial, Inc.<br><br>Defendants. | CASE NO:  3:11-CV-05838-BHS<br><br>ORDER GRANTING UNOPPOSED MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM PLAINTIFFS |

HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-2's ("HSBC Bank") Motion to Compel Production of Documents from Plaintiffs Randy L. Boag and Katherine A. Boag ("Motion to Compel") was noted for consideration on May 31, 2013.  After consideration of

MOTION TO COMPEL
3:11-CV-05838-BHS
PAGE 1

HOUSER & ALLISON, APC
A Professional Corporation
800 Fifth Avenue, Ste. 4100
Seattle, WA 98104
PH: (206)596-7838
FAX: (206)596-7839

the papers filed by the Plaintiffs with respect to this motion, the Court grants HSBC Bank's Motion to Compel and finds that Plaintiffs have not complied with their discovery obligations in failing to respond to HSBC Bank's requests for production of documents.  The Court hereby orders:

1. HSBC Bank's Motion to Compel is hereby **GRANTED**;

2. Plaintiffs Randy Lee Boag and Katherine Ann Boag shall serve responsive documents on HSBC Bank's undersigned counsel, without objections, within 15 days of the entry of this order that respond to HSBC Bank's Requests for Production of Documents, Set One to Katherine A. Boag and HSBC Bank's Requests for Production of Documents, Set One to Randy L. Boag;

3. Due to Plaintiffs' non-complaince with the Federal Rules of Civil Procedure (Fed. R. Civ. P.), the Court awards sanctions to Defendants, requiring Plaintiffs to pay HSBC Bank monetary sanctions in the amount of $500.00 within 15 days of the entry of this order.  Further non-compliance may result in additional sanctions up to and including dismissal.

**IT IS SO ORDERED.**

DATED this 12th day of June, 2013.

_____
BENJAMIN H. SETTLE
United States District Judge

MOTION TO COMPEL
3:11-CV-05838-BHS
PAGE 2

HOUSER & ALLISON, APC
A Professional Corporation
800 Fifth Avenue, Ste. 4100
Seattle, WA 98104
PH: (206)596-7838
FAX: (206)596-7839