Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Randy Lee Boag and Katherine Ann Boag, individuals and the marital community comprised there of,<br><br>Plaintiffs,<br><br>v.<br><br>Litton Loan Servicing; HSBC Bank USA, NA.; Northwest Trustee Services Inc.; Mortgage Electronic Registration System; & Does 1-10; Ownit Mortgage Solutions Inc.; Discovery Financial, Inc.<br><br>Defendants. | CASE NO: 3:11-CV-05838-BHS<br><br>ORDER RE MOTION TO COMPEL DEPOSITION OF RANDY L. BOAG AND KATHERINE A. BOAG |

HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-2's ("HSBC Bank, as Trustee") Motion to Compel Production of Documents from Plaintiffs Randy L. Boag and Katherine A. Boag ("Motion to Compel") was noted for consideration on July 5, 2013. After consideration of the papers filed by HSBC Bank as Trustee with respect to this motion, and Plaintiffs having

MOTION TO COMPEL
3:11-CV-05838-BHS
PAGE 1

HOUSER & ALLISON, APC
A Professional Corporation
800 Fifth Avenue, Ste. 4100
Seattle, WA 98104
PH: (206)596-7838
FAX: (206)596-7839

not made a response, the Court GRANTS HSBC Bank, as Trustee's Motion to Compel and finds that Plaintiffs have not complied with their discovery obligations in failing to appear at their depositions.  The Court hereby orders:

1. HSBC Bank, as Trustee's Motion to Compel is HEREBY GRANTED;

2. Plaintiffs Randy Lee Boag and Katherine Ann Boag shall each appear at their respective depositions, within 15 days of the entry of this order;

3. The Court further requires Plaintiffs to pay HSBC Bank, as Trustee monetary sanctions in the amount of $900.00 also within 15 days of the entry of this order for the appearance at the depositions on June 19, 2013 and June 20, 2013 and for Defendant's costs in preparing the instant motion to compel;

4. The Court further requires Plaintiffs to pay HSBC Bank, as Trustee monetary sanctions in the amount of $606.00 for the costs incurred for the June 19, 2013 and June 20, 2013 depositions within 15 days of the entry of this order;

5. The Plaintiffs failure to comply with the rules of discovery may result in terminating sanctions, including the dismissal of Plaintiffs' claims against Defendants Litton Loan Servicing LP, HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-2, and Mortgage Electronic Registration Systems, Inc.;

6. The July 15, 2013 deadline for motions relating to discovery is extended to August 1, 2013 as to Defendants Litton Loan Servicing LP, HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-2, and Mortgage Electronic Registration Systems, Inc. *only*; and

MOTION TO COMPEL
3:11-CV-05838-BHS
PAGE 2

HOUSER & ALLISON, APC
A Professional Corporation
800 Fifth Avenue, Ste. 4100
Seattle, WA 98104
PH: (206)596-7838
FAX: (206)596-7839

7. The August 12, 2013 discovery completion deadline is extended to September 6, 2013 for Defendants Litton Loan Servicing LP, HSBC Bank USA, National Association, as Trustee for Ownit Mortgage Loan Trust, Mortgage Loan Asset-Backed Certificates, Series 2005-2, and Mortgage Electronic Registration Systems, Inc. *only*.

IT IS SO ORDERED.

DATED this 16th day of July, 2013

BENJAMIN H. SETTLE
United States District Judge

MOTION TO COMPEL
3:11-CV-05838-BHS
PAGE 3

HOUSER & ALLISON, APC
A Professional Corporation
800 Fifth Avenue, Ste. 4100
Seattle, WA 98104
PH: (206)596-7838
FAX: (206)596-7839