UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RANDY BOAG, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>LITTON LOAN SERVICING, et al.,<br><br>　　　　　　Defendants. | CASE NO. C11-5838 BHS<br><br>ORDER SANCTIONING ROBERT PENFIELD |

This matter comes before the Court on its order requiring Mr. Robert Penfield ("Penfield") to show cause why the $2,006 in sanctions previously imposed upon Plaintiffs Randy and Katherine Boag ("Boags") (*see* Dkts. 50 and 55) should not be imposed upon him. Dkt. 73. In that order, the Court found that Penfield's conduct as counsel for the Boags, constituted gross negligence, and that the sanctions it had issued against the Boags should be imposed on Penfield absent cause shown. *Id.* at 14-15. Therefore, the Court required Penfield to show cause no later than October 16, 2013. *Id.* at 15. Otherwise, the Court stated that, without further notice, it would issue an order sanctioning Penfield. *Id.*

Penfield has failed to respond to the Court's order requiring him to show cause. Therefore, consistent with its prior order and finding of Penfield's gross negligence, the Court sanctions him in the amount of $2,006 to be paid to Defendants no later than November 15, 2013.

It is so **ORDERED**.

Dated this 25th day of October, 2013.

BENJAMIN H. SETTLE
United States District Judge